UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL MARCUS DILLARD,

    Defendant.

_____/

1:18-cr-199
Hon. Janet T. Neff

**INDICTMENT**
**PENALTY SHEET**

**COUNT 1 – Conspiracy to Commit Fraud and Aggravated Identity Theft** – 18 U.S.C. § 371

**Maximum Penalty**: Not more than 5 years in prison and a fine of $250,000 or the greater of twice the gross gain or gross loss [18 U.S.C. §§ 371; 18 U.S.C. § 3571(b)(3), (d)]

**Supervised Release**: Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**COUNT 2 – Access Device Fraud** – 18 U.S.C. § 1029(a)(2)

**Maximum Penalty**: Not more than 10 years in prison and a fine of $250,000 or the greater of twice the gross gain or gross loss [18 U.S.C. § 1029(c)(1)(A)(i); 18 U.S.C. § 3571(b)(3), (d)]

**Supervised Release**: Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**COUNT 3 – Possession of Stolen Mail** – 18 U.S.C. § 1708

**Maximum Penalty**: Not more than 5 years in prison and a fine of $250,000 [18 U.S.C. § 1708; 18 U.S.C. § 3571(b)(3)]

**Supervised Release**: Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**COUNTS 11-12 – Aggravated Identity Theft** – 18 U.S.C. § 1028A(a)(1)

**Maximum Penalty**: A minimum and maximum of 2 years in prison, which must be served consecutively to any other prison sentence for the first conviction, and a $250,000 fine [§1028A(a)(1), 18 U.S.C. § 3571(b)(3)]

Court has discretion to impose concurrent or consecutive sentence for each additional conviction [§ 1028A(b)(4)]

**Supervised Release**: Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**FORFEITURE**


Date:  September 18, 2018                             /s/ *Christopher M. O'Connor*
                                                     Counsel for the United States


Submitted in accordance with Administrative Order 17-MS-046