UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

MICHAEL MARCUS DILLARD

    Defendant(s).

Case No. 1:18-CR-199

Hon. Janet T. Neff

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. **DISCOVERY**

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> Statements made to U.S. Postal Inspection agents on 7/17/2018

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by the initial pretrial conference.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☒ There are no written or recorded statements or grand jury testimony of defendant.

☐ There are the following written or recorded statements or grand jury testimony:

All written or recorded statements

☐ have been disclosed to defense counsel.

☐ will be disclosed to defense counsel by _____.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
  ☐ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
  ☐ Controlled Substances: _____
  ☒ Records: Retail transactions, credit card transactions, phone, Facebook
  ☐ Firearms: _____
  ☒ Other: Credit and SV cards, stolen mail, cell phones, video images, photos

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☒ State
  ☒ Federal:
    Case No. 18-MJ-328   Re: Nine electronic devices
    Case No. 18-MJ-327   Re: Facebook accounts
    Case No. 18-MJ-287, 288, 289   Re: Cellular telephone location information

☒ They have been made available for inspection and copying by defense counsel.
☒ Defense counsel should make arrangements with:
    AUSA Christopher O'Connor to view the physical evidence

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
  ☐ Drug Analysis    ☐ Handwriting     ☐ Fingerprints
  ☐ DNA              ☐ Firearms/Nexus  ☐ Gun Operability
  ☒ Computer Forensics ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>

A. The Government requests a  ☒ jury  ☐ non-jury  trial.
B. The length of trial excluding jury selection is estimated at ___2.5 days___ .

III. <u>MISCELLANEOUS</u>

☐ This case may be appropriate for expedited resolution.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

Any plea offer and deadline will be communicated in writing to Defendant's counsel.

If a guilty plea is entered less than 14 days before the date of the final pretrial conference, the government will not move for a one-level reduction of the offense level pursuant to U.S.S.G. § 3E1.1(b).

Date ___October 18, 2018___        ___/s/ Christopher M. O'Connor___
                                   Counsel for the United States

(Rev. 07/27/2015)